83,377-01

May 26, 2015

Court of Criminal Appeals
P.O. Box 12308
Capital Station
Austin Tx 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 01 2015

Abel Acosta, Clerk

Dear Mr. Acosta

I am sending you another copy of my Writ of Mandamus to the court, Because my other Writ got lost or misplace by the mail Room are something,
But if you receive this one will you let me know.

Thank you for your time In this matter
May God Bless you

Eugene Hart 541604
Michael unit
2664 Fm 2054
Tenn colony Tx 75886
Eugene Hart

1 of 1

IN THE
COURT OF CRIMINAL APPEALS OF TEXAS
AT AUSTIN


EUGENE HART, #541604
Relator


                VS.                              CAUSE NO. 509703
Christ. DANIEL
HARRIS County District              TRIAL COURT CAUSE No. 509703-A
CLERK
            RESPONDENT,


                APPLICATION FOR WRIT OF
                    MANDAMUS

TO THE HONORABLE JUDGE(S) OF SAID COURT:
    Comes NOW EUGENE HART, TDCJ-CID No. 541604 Relator
HEREIN, And Petitions This Court FOR THE ISSUANCE OF
A WRIT OF MANDAMUS, PURSUANT to RULE 21, TEXAS RULES
OF APPELLATE PROCEDURE, DIRECTING the RESPONDENT in the
Above matter to COMPLY with TEXAS Code of CRIMINAL Procedure
Art 11.07 SEC. 3 (C)(d) And will Show the FOLLOWS:


                        I.

                    JURISDICTION
    JURISDICTION IS CONFERED IN THIS COURT, PURSUANT to
Art. FIVE of THE TEXAS CONSTITUTION, SEE: LANGFORD VS.
14th Court of APPEALS, 847 S.W. 981 (TEX. CRIM. APP. 1992).
THE PURPOSE of the AMENDMENT of THE TEXAS CONSTITUT-
IONAL PROVISIONS RELATIVE to GOVERNING POWER of the
TEXAS COURT of APPEALS, WAS to CONFER POWER UPON the
Court to GRANT the EXTRADINARY WRIT IN CASES INVOLVING
CRIMINAL MATTERS. TEXAS CONSTITUTION FIVE AND FIVE.

## II

### STATEMENT OF THE CASE

The RELATOR IS CONFINED PURSUANT to the JUDGMENT and SENTENCE of the 209th District Court of HARRIS County, TEXAS IN CAUSE NO. 509703 (The PRIMARY CASE). WHERE THE RELATOR WAS CONVICTED PURSUANT to A GUILTY PLEA FOR THE FELONY OFFENSE OF MURDER TWO COUNTS. THE STATE AbANdoNed TWO (2) PARAGRAPHS IN the indictment AND AGREED to NOT HAVING A FINDING of DEADLY WEAPON ENTERED. The Court ASSESSED Punishment At Life CONFINEMENT IN THE TEXAS DEPARTMENT of CRIMINAL JUSTICE - INSTITUTIONAL DIVISION (TDCJ-CID) formerly THE TEXAS DEPARTMENT of CORRECTIONS (TDC).

## III.

The RELATOR FILED A STATE WRIT of HABEAS CORPUS BACK IN OCT 8, 2012 THE STATE IN THEIR ANSWER REQUESTED That THE TRIAL Court would ISSUE AN order of DESIGNATED ISSUE CONCERNING DENIED of EFFECTIVE ASSISTANCE of Counsel. The Court order That RELATOR TRIAL Counsel MR. W.K. Goode to FILE AN Affidavit SUMMARIZING THE ACTION taken to REPRESENT THE RELATOR DURING TRIAL. THE Courts Did GRANT THE DESIGNATED ISSUE But the TRIAL ATTORNEY HAS failed OR Refused to COMPLY with said Court order which HAS RESULTED IN THE TRIAL Court NOT BE ABLE to FILE A Proper FINDING of FACTS And CONCLUSION of LAW. The ISSUE Still REMAINS UNRESOLVED And which HAS RESULTED IN A CONTINUOUS DELAY IN the Court Procedure And said writ CAN'T BE FORWARD to THE TEXAS Court of CRIMINAL APPEALS PER order of THE TRIAL Court JUDGE And it would BE IN THE INTEREST of JUSTICE FOR This Honorable Court to ISSUE AN order to COMPLY W.K. Goode. to ANSWER said Court order SIGNED ON FEB. 21, 2013. or Hold MR. W.K. Goode IN CONTEMPT of Court order until HE Does COMPLY with the Court order And ANSWER.

ONCE APPLICANT FILED HIS STATE WRIT OF HABEAS CORPUS 11.07 AND THE COURT ORDER AN DESIGNATED ISSUE THE TRIAL COURT HAS A MINISTERAL DUTY TO INFORCE the COMPLIANCE with Court order AND TEXAS CODE OF CRIMINAL PROCEDURE 11.07 SEC. 3 (C) (d) SEE; MARTIN VS. HAMLIN, 25 S.W. 3d. 718-719 (Tx. CRim. APP. 2000 oriG. PROCEEDING).

### PRAYER

WHEREFORE PREMISES Considered APPLICANT PRAY That This HONORABLE Court would GRANT RELIEF IN THE CASE AND COMPLIANCE OF THE PREVIOUS ISSUE Court order of DESIGNATED ISSUE AR IN the EVENT APPOINT COUNSEL FOR APPLICANT AND ORDER AN EVIDENITARY HEARING.

DONE This 26 DAY OF MAY 20 15

RESPECTFULLY submitted

/s/ Eugene Hart
EUGENE HART
TDCJ-NO. 541604
2664 FM 2054
TENal. COLON Y Tx. 75886